UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-20657-CR-ZLOCH

UNITED STATES OF AMERICA,
./
vs.

EMMANUELY GERMAIN,

     Defendant.
_____/

## DEFENDANT'S WITNESS LIST

COMES NOW, the Defendant, EMMANUELY GERMAIN, by and through his undersigned attorney and files the following list of witnesses at this time that may be called during the trial in the above styled case.

1.  Obens Germain

2.  Obnes Jefferson Germain

3.  Marie Therese Louis

4.  Bianca Shoucair Hardan

5.  Frank Maister

Respectfully submitted,

/s/ Jonathan S. Friedman
JONATHAN S. FRIEDMAN, P.A.
ATTORNEY FOR EMMANUELY GERMAIN
FLORIDA BAR NUMBER: 0973297
ONE EAST BROWARD BLVD.
SUITE 925
FORT LAUDERDALE, FLORIDA 33301
TELEPHONE: (954) 713-2820
FACSIMILE: (954) 713-2894

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on July 24, 2017, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/s/ **𝓙onathan S. 𝓕riedman**
JONATHAN S. FRIEDMAN, ESQ.