UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cr-20657-ZLOCH

**UNITED STATES OF AMERICA**

vs.

**EMMANUELY GERMAIN,**

    Defendant.
_____/

## GOVERNMENT'S INDEX OF ADMITTED TRIAL EXHIBITS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files the attached Exhibit List. Government's admitted exhibits 1-10, 11A-D, 14A-C, 15A-B, 18-26, and 28-31 are attached. Government's admitted exhibit 32 will be filed conventionally with the Court.

    Respectfully submitted,

    BENJAMIN G. GREENBERG
    ACTING UNITED STATES ATTORNEY

By:    /s/ J. Mackenzie Duane
    J. Mackenzie Duane
    Assistant United States Attorney
    Court No. A5502175
    99 N.E. 4th Street
    Miami, Florida 33132-2111
    Telephone: 305-961-9341
    Facsimile: 305-536-4699
    Email: mackenzie.duane@usdoj.gov

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that, on August 7, 2017 the foregoing document was filed with the Clerk of Court using CM/ECF.

/s/ J. Mackenzie Duane
Assistant United States Attorney